**Dismiss in part and Deny in part and Opinion Filed August 12, 2024**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-24-00930-CV
No. 05-24-00931-CV
No. 05-24-00936-CV
No. 05-24-00937-CV

**IN RE C L ABOR, Relator**

**Original Proceedings from Rockwall County, Texas**
**Trial Court Cause Nos. 24-6306-M2, 24-6305-M2, 24-6305-M2BF-A, and**
**24-6306-M2BF-A**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Pedersen, III

Before the Court is pro se relator's August 8, 2024 petition for writ of mandamus. Relator seeks various declaratory, injunctive, and mandamus relief against a prosecutor and County Court at Law No. 2 in Rockwall County.

Relator's petition does not comply with the Texas Rules of Appellate Procedure in numerous respects. *See* TEX. R. APP. P. 52.1; TEX. R. APP. P. 52.3(a)–(d)(3), (f)–(h), (j), (k)(1)(A); TEX. R. APP. P. 52.7. Thus, to the extent relator seeks mandamus relief against the judge who presides over County Court at Law No. 2 in Rockwall County, we deny relator's petition because it does not meet the

requirements for consideration of mandamus relief. *See In re Guillaume*, No. 05-24-00765-CV, 2024 WL 3548511, at *1 (Tex. App.—Dallas July 26, 2024, orig. proceeding) (mem. op.) (denying mandamus relief based on relator's failure to comply with several Texas Rules of Appellate Procedure).

To the extent relator seeks any other relief, we dismiss relator's petition for want of jurisdiction because the relief sought is not necessary to enforce the jurisdiction of this Court. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b); *In re Miller*, 05-23-00747-CV, 2023 WL 4881394, at *1 (Tex. App.—Dallas Aug. 1, 2023, orig. proceeding) (mem. op.) (injunctive and declaratory relief); *In re Corbello*, No. 09-17-00398-CR, 2017 WL 4974623, at *1 (Tex. App.—Beaumont orig. proceeding) (mem. op.) (not designated for publication) (per curiam) (mandamus relief against a prosecutor).

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

240930F.P05

–2–